Lanzinger, J.,
concurring.
{¶ 19} I concur in the judgment permanently disbarring Steven Terry, which is consistent with my position in support of disbarment in Ohio State Bar Assn. v. McCafferty, 140 Ohio St.3d 229, 2014-Ohio-3075, 17 N.E.3d 521, ¶ 32 (Lanzinger, J., dissenting). Like McCafferty, this case involves a judge whose felonious conduct has brought disrepute to and caused irreparable harm to the judicial system, and it calls for “ ‘the full measure of our disciplinary authority.’ ” Id., quoting Disciplinary Counsel v. Gallagher, 82 Ohio St.3d 51, 53, 693 N.E.2d 1078 (1998). I accordingly concur in today’s decision.
O’Connor, C.J., and French, J., concur in the foregoing opinion.